UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT E. DIAMOND, JR. and ATLAS MERCHANT CAPITAL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRILLER GROUP, INC.,<br><br>*Defendant*. | Case No. 25 Civ. 129 (PAE)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Triller Group Inc. ("Triller," and incorrectly sued in this action as "Triller Group, Inc.") certifies that Triller is a public company that is traded on the Nasdaq Capital Market; that it has no parent company; and that no publicly held corporation owns 10% or more of Triller's common stock.  Triller further states that it does not derive its citizenship from any other individual or entity for purposes of establishing jurisdiction based upon diversity of citizenship.

Dated: New York, New York
February 28, 2025

                                      LOEB & LOEB LLP

                               By: */s/ Frank D. D'Angelo*
                                  Frank D. D'Angelo
                                  Edward J. Delman
                                  345 Park Avenue
                                  New York, NY 10154
                                  Tel.: (212) 407-4000
                                  fdangelo@loeb.com
                                  edelman@loeb.com

                                  *Attorneys for Defendant*
                                  *Triller Group Inc.*

240737394