UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT E. DIAMOND, JR. and ATLAS MERCHANT CAPITAL LLC, ) ) ) | |
| *Plaintiffs,* ) | Case No. 1:25-cv-00129-PAE |
| ) | |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| TRILLER GROUP, INC., ) ) | |
| *Defendant.* ) | |

This action having been commenced, by Plaintiffs Robert E. Diamond, Jr. ("Mr. Diamond") and Atlas Merchant Capital LLC ("Atlas" and together with Mr. Diamond, the "Plaintiffs") on January 7, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Triller Group, Inc. ("Triller") by personal service on Triller's Authorized Agent, The Corporation Trust Company at 1209 Orange Street, Wilmington, DE 19801; and Defendant Triller having failed to appear through new counsel following the withdrawal of its prior counsel, and the time for obtaining new counsel having expired; and the Clerk of the Court having entered default against Defendant Triller, it is hereby:

**ORDERED, ADJUDGED AND DECLARED**: That the Plaintiffs shall have judgment against the Defendant Triller for breach of the (1) Second Director Services Agreement, (2) the Atlas Advisory Agreement, (3) the Letter Agreement, and (4) the Share Grant Resolution, between Defendant Triller Group, Inc. and Plaintiffs Robert E. Diamond, Jr. and Atlas Merchant Capital LLC;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECLARED:** That Defendant Triller or its designated affiliate, assignee, successor, or representative shall make payment to Plaintiffs Robert E. Diamond, Jr. and Atlas Merchant Capital LLC in the amount of $1,889,963.25

1

with interest at the New York statutory rate of 9% per annum, from each day of Triller's breaches through October 14, 2025, such interest amounting to $140,714.10, and interest at the New York statutory rate of 9% per annum from and including October 15, 2025 until the date of entry of judgment, such interest amounting to $15,844.62, for a total payment of $2,046,521.97.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECLARED:** That Defendant Triller or its designated affiliate, assignee, successor, or representative shall issue and make a transfer to Plaintiffs Robert E. Diamond, Jr. and Atlas Merchant Capital LLC of 5,950,705 shares of Triller's common stock.

Dated: _____November 18_____, 2025
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge