UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT E. DIAMOND, JR. and ATLAS MERCHANT
CAPITAL LLC,

                                Plaintiffs,

                    -v-

TRILLER GROUP, INC.,

                                Defendant.

25 Civ. 129 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' motion, supporting memorandum of law, and

affirmation seeking an order to enforce the judgement in the above-captioned action.  Dkts. 60–

62.  Any opposition by defendant to such motion is due by Thursday, June 4, 2026.

Plaintiffs are to serve this order on defendant forthwith and file proof of such service no

later than May 29, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 28, 2026
       New York, New York