UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT E. DIAMOND, JR. and ATLAS MERCHANT CAPITAL LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:25-cv-00129-PAE |
| v. | ) ) ) | Judge Paul A. Engelmayer |
| TRILLER GROUP, INC., | ) ) | **SUPPLEMENTAL ORDER** |
| *Defendant.* | ) ) | |

**UPON CONSIDERATION** of: (i) the Memorandum of Law in Support of Plaintiffs' Motion to Enforce the Judgment, the papers in support thereof and (ii) the absence of any timely opposition thereto by Triller Group, Inc. ("Triller"), *see* Dkt. 63, Plaintiffs' Motion is **GRANTED** as follows:

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 70(a), the Court appoints Continental Stock Transfer & Trust Company, its designated affiliate, assignee, agent, successor, or representative to issue and make a transfer of 5,950,705 shares of Triller common stock pursuant to this Court's Judgment; and

**ORDERED** that Continental Stock Transfer & Trust Company, its designated affiliate, assignee, agent, successor, or representative is directed to issue and make a transfer to Plaintiffs 5,950,705 shares of Triller common stock within two (2) business days of this Order.

**ORDERED** that the transfer shall be effectuated at Triller's sole cost and expense.

**IT IS FURTHER ORDERED** that Plaintiffs shall immediately serve upon counsel for Continental Stock Transfer & Trust Company a copy of this Order via electronic mail ("e-mail").

**IT IS FURTHER ORDERED** that Continental Stock Transfer & Trust Company, its designated affiliate, assignee, agent, successor, or representative shall, within five (5) business

1

days of effectuating the transfer ordered therein, file written confirmation with this Court certifying that the shares have been issued and transferred to Plaintiffs in full compliance with this Order.

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to judgment awarding reasonable attorneys' fees and costs associated in bringing this Motion. Plaintiffs shall submit to the Court within seven (7) business days of the date of this Order, an Affidavit for Attorneys' Fees setting forth the fees and costs incurred in pursuing this Motion.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: _____6/10_____, 2026
      New York, New York

2