UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT E. DIAMOND, JR. and ATLAS MERCHANT CAPITAL LLC,

Plaintiffs,

-v-

TRILLER GROUP, INC.,

Defendant.

25 Civ. 129 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of plaintiffs' affidavit in support of its request for attorneys' fees, Dkt. 68, as to which no opposition has been yet received. For avoidance of doubt, any opposition from defendant shall be filed no later than Friday, July 10, 2026. Should any opposition be received, plaintiffs' reply, if any, shall be due by July 15, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2026
New York, New York